**Roy STORY and Alva Wallace, Petitioners, v. UNITED STATES of America.**

No. 12851.

Circuit Court of Appeals, Eighth Circuit.

April 3, 1944.

Roy Story, pro se.

Alva Wallace, pro se.

PER CURIAM.

Petition for writ of mandamus denied.

**STORK ENGINEERING COMPANY, Inc., a Michigan Corporation, Appellant, v. Benjamin CUSHWAY, Appellee.**

**Benjamin CUSHWAY, Cross-Appellant, v. STORK ENGINEERING COMPANY, Inc., a Michigan Corporation, Cross-Appellee.**

Nos. 9765, 9766.

Circuit Court of Appeals, Sixth Circuit.

May 1, 1944.

Emmanuel B. Reese, of Saginaw, Mich., for Stork Engineering Co.

Arthur J. Kinnane, of Bay City, Mich., for Cushway.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

Appeal and cross-appeal in the above cause, coming on to be heard upon the transcript of the record and upon briefs and arguments of counsel; after due consideration, it is hereby ordered, adjudged, and decreed that the judgment of the district court, 51 F.Supp. 568, be and is hereby affirmed.

**TRANSAMERICA CORPORATION, Transferee of First Nat. Corporation of Portland, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**WESTERN STATES CORPORATION, Transferee of First Nat. Corporation of Portland, Petitioner, v. SAME.**

**OCCIDENTAL LIFE INS. CO., Transferee of First Nat. Corporation of Portland, Petitioner, v. SAME.**

Nos. 10770–10772.

Circuit Court of Appeals, Ninth Circuit.

May 11, 1944.

George H. Koster, of San Francisco, Cal., for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., J. P. Wenchel, Chief Counsel, B. I. R., of Washington, D. C., for respondent.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulations of counsel for respective parties, filed in above causes, for dismissal of the petition for review in each cause, and good cause therefor appearing, it is ordered that the petition for review in each cause be dismissed, that a judgment be filed in each cause and recorded in the minutes of this Court, and that the mandate of this Court in each cause issue forthwith.